IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANTWAN JENKINS,**

    **Plaintiff,**

v.	Case No.: 3:12cv173/MCR/EMT

**R. TIFFT, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 12, 2012 (doc. 10).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.	The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.	This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 12th day of July, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**